# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rogers, III, Thomas E. | U.S. District Court, SC | 07/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Post Office Box 2317
Florence, SC 29501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 07/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME <br> (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 07/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 1.25 a Florence C (1/2011, $10,000) | | None | J | R | | | | | |
| 2. Brokerage account # 1 (Marked as # 1) | | | | | | | | | |
| 3. First Clearing, LLC - Cash balance | | None | J | T | | | | | |
| 4. # 1 - AT&T Inc. | A | Dividend | J | T | | | | | |
| 5. # 1 - Synergy Pharmaceuticals Inc. (SGYP) | | None | | | Sold | 05/09/19 | J | A | |
| 6. | | None | | | Sold | 05/09/19 | J | A | |
| 7. # 1 - Verizon Communications Com | A | Dividend | J | T | | | | | |
| 8. # 1 - SC Jobs Econ DV Ath Stdnt 4.25% 8/1/24 "Y" | A | Interest | J | T | | | | | |
| 9. Brokerage account # 2 (Marked as # 2) | | | | | | | | | |
| 10. # 2 - Cash balance - First Clearing, LLC | A | Int./Div. | J | T | | | | | |
| 11. # 2 - Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 12. Brokerage account # 3 (Marked as # 3) | | | | | | | | | |
| 13. # 3 - Ameritrade MMDA Account - Cash balance | A | Int./Div. | J | T | | | | | |
| 14. # 3 - AT&T Inc. Com | A | Dividend | | | Buy | 10/09/19 | J | | |
| 15. | | | | | Sold | 10/11/19 | J | A | |
| 16. # 3 - Acasti Pharma Inc Com Cl A | A | Dividend | | | Buy | 12/09/19 | J | | |
| 17. | | | | | Sold | 12/13/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rogers, III, Thomas E. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 12/11/19 | J | | |
| 19. | | | | | Sold | 12/16/19 | J | A | |
| 20. | | | | | Buy | 12/16/19 | J | | |
| 21. | | | | | Sold | 12/17/19 | J | A | |
| 22. | | | | | Buy | 12/16/19 | J | | |
| 23. | | | | | Sold | 12/20/19 | J | A | |
| 24. | | | | | Buy | 12/16/19 | J | | |
| 25. | | | | | Sold | 12/26/19 | J | A | |
| 26.   # 3 - Beyond Meat Inc Com | A | Int./Div. | | | Buy | 10/29/19 | J | | |
| 27. | | | | | Sold | 10/29/19 | J | A | |
| 28. | | | | | Buy | 10/29/19 | J | | |
| 29. | | | | | Sold | 10/30/19 | J | A | |
| 30. | | | | | Buy | 11/01/19 | J | | |
| 31. | | | | | Sold | 11/06/19 | J | A | |
| 32.   # 3 - Global Blood Therapeutics Inc. Com | A | Int./Div. | | | Buy | 11/26/19 | J | | |
| 33. | | | | | Sold | 12/09/19 | J | A | |
| 34.   # 3 - PG&E Corp Com | A | Int./Div. | | | Buy | 10/01/19 | J | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rogers, III, Thomas E. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 10/04/19 | J | A | |
| 36.   # 3 Pharmacyte Biotech Inc Com | A | Int./Div. | | | Buy | 03/27/19 | J | | |
| 37. | | | | | Sold | 07/29/19 | J | A | |
| 38. | | | | | Buy | 03/27/19 | J | | |
| 39. | | | | | Sold | 08/06/19 | J | A | |
| 40. | | | | | Buy | 03/27/19 | J | | |
| 41. | | | | | Sold | 08/08/19 | J | A | |
| 42. | | | | | Buy | 08/08/19 | J | | |
| 43. | | | | | Sold | 08/14/19 | J | A | |
| 44. | | | | | Buy | 08/08/19 | J | | |
| 45. | | | | | Sold | 08/16/19 | J | A | |
| 46. | | | | | Buy | 08/08/19 | J | | |
| 47. | | | | | Sold | 09/17/19 | J | A | |
| 48. | | | | | Buy | 08/21/19 | J | | |
| 49. | | | | | Sold | 09/20/19 | J | A | |
| 50.   #3 - Quicklogic Corp | A | Int./Div. | | | Buy | 03/27/19 | J | | |
| 51. | | | | | Sold | 04/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   #3 - Roku Inc com Cl A | A | Int./Div. | | | Buy | 10/15/19 | J | | |
| 53. | | | | | Sold | 10/18/19 | J | A | |
| 54. | | | | | Buy | 10/15/19 | J | | |
| 55. | | | | | Sold | 10/21/19 | J | A | |
| 56. | | | | | Buy | 10/15/19 | J | | |
| 57. | | | | | Sold | 10/30/19 | J | A | |
| 58. | | | | | Buy | 10/15/19 | J | | |
| 59. | | | | | Sold | 11/07/19 | J | A | |
| 60. | | | | | Buy | 10/15/19 | J | | |
| 61. | | | | | Sold | 11/08/19 | J | A | |
| 62. | | | | | Buy | 11/08/19 | J | | |
| 63. | | | | | Sold | 11/08/19 | J | A | |
| 64. | | | | | Buy | 11/12/19 | J | | |
| 65. | | | | | Sold | 11/15/19 | J | A | |
| 66. | | | | | Buy | 11/12/19 | J | | |
| 67. | | | | | Sold | 11/19/19 | J | A | |
| 68. | | | | | Buy | 11/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 12/04/19 | J | A | |
| 70. | | | | | Buy | 11/21/19 | J | | |
| 71. | | | | | Sold | 12/20/19 | J | A | |
| 72. | | | | | Buy | 12/13/19 | J | | |
| 73. | | | | | Sold | 12/16/19 | J | A | |
| 74. # 3 - Sarepta Therapeutics Inc Com | A | Int./Div. | | | Buy | 12/23/19 | J | | |
| 75. | | | | | Sold | 12/23/19 | J | A | |
| 76. # 3 - Starbucks Corp Com | A | Int./Div. | | | Buy | 11/08/19 | J | | |
| 77. | | | | | Sold | 11/12/19 | J | A | |
| 78. # 3 - Synergy Pharmaceuticals Inc Com (SGYP) | A | Dividend | | | Sold (part) | 01/04/19 | J | A | |
| 79. | | | | | Sold | 01/17/19 | J | A | |
| 80. | | | | | Buy | 01/24/19 | J | | |
| 81. | | | | | Sold | 01/25/19 | J | A | |
| 82. | | | | | Buy | 01/30/19 | J | | |
| 83. | | | | | Sold | 02/04/19 | J | A | |
| 84. | | | | | Buy | 02/15/19 | J | | |
| 85. | | | | | Sold | 02/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 02/15/19 | J | | |
| 87. | | | | | Sold | 02/26/19 | J | A | |
| 88. # 3 - Acasti Pharma Inc. Com Cl A | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 89. # 3 - Roku Inc. | A | Dividend | J | T | Buy | 12/02/19 | J | | |
| 90. South State Bank checking | | None | J | T | | | | | |
| 91. Synovus (Formerly NBSC) | A | Interest | J | T | | | | | |
| 92. Wells Fargo, NA | A | Interest | J | T | | | | | |
| 93. Equitable Variable: EQ Aggressive (whole life policy) | | None | J | T | | | | | |
| 94. Jefferson-Pilot Adjustable Life policy | | None | J | T | | | | | |
| 95. UGMA # A (Marked as # A) | | | | | | | | | |
| 96. # A - Capital World Growth & Income Fund - Class F-1 (CWGFX) | A | Dividend | J | T | | | | | |
| 97. # A - First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 98. # A American Fds Washington Mut (Edu Svgs Acct)(no control) | A | Int./Div. | J | T | | | | | |
| 99. UGMA # A, Trust 1 (Marked as # AT1) | | | | | | | | | |
| 100. # AT1 - First Clearing, LLC - Cash balance | A | Int./Div. | J | T | | | | | |
| 101. # AT1 - AT&T Inc. (T) | A | Int./Div. | | | Sold | 04/11/19 | J | A | |
| 102. # AT1 - Hartford Fortis Funds (HGOCX) | A | Int./Div. | | | Sold | 04/11/19 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, III, Thomas E.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. # ATI - Hartford Mut Fds (HDGCX) | A | Int./Div. | | | Sold | 04/11/19 | K | A | |
| 104. # ATI - MFS Ser Tr XIII (DIFCX) | A | Int./Div. | | | Sold | 04/11/19 | J | A | |
| 105. # AT1 - Fidelity Funds Fidelity Treasury Only | A | Int./Div. | K | T | Buy | 04/12/19 | K | | |
| 106. | | | | | Sold (part) | 12/03/19 | K | A | |
| 107. UGMA # B (Marked as # B) | | | | | | | | | |
| 108. # B - Capital World Growth & Income Fund - F-1 (CWGFX) | A | Dividend | J | T | | | | | |
| 109. # B First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 110. # B Columbia Mgmt Futre Schol 529 Collge Svng Pl (no control) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page 4, line 1, Column B(1) for 1.25 acres Florence County received no rental income for the year therefore, column B(2) is "None".

Part VII Investments and Trust,  line 96 and 108 Capital World Growth & Income Fd Inc Cl C (CWGCX) converts to Class F-1 shares after 10 years.  The exchange took place on 12/13/2016.  The converted shares are called Capital World Growth & Income Fund-Class F-1 (CWCFX).

Part VII, lines 3, 10, 13, 97,100, and 109 are the money market account portions of the brokerage accounts which act as sweep accounts for uninvested cash in that specific brokerage account.  We believe these to be a widely held accounts because they are a part of the brokerage accounts.

Part VII, lines 2, 9, 12, 95, 99, and 107 are header lines for the investments listed below the specific line.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas E. Rogers, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544